# ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

*Attorneys and Counselors at Law*

Michael J. Cunningham
Robert H. Iseman
Carol A. Hyde
Brian M. Culnan
Richard A. Frankel
Richard A. Mitchell
Karen E. Sosler
James P. Lagios
John F. Queenan
Joshua E. Mackey
_____
Frederick C. Riester
*Senior Counsel*

9 Thurlow Terrace • Albany, NY  12203
Phone 518-462-3000   Facsimile 518-462-4199
www.icrh.com

2649 South Road • Poughkeepsie, NY  12601
Phone 845-473-8100   Facsimile 845-473-8777

Laurie K. Chisolm**
Penny M. Hahn
Marc A. Antonucci
Linda J. Terner*°
Omer Gil
Frank P. Izzo
Michael W. Deyo
Michelle Almeida+
Brett A. Bush†

+Also Admitted in Connecticut
°Also Admitted in Massachusetts
*Also Admitted in New Jersey
**Also Admitted in Vermont
†Also Admitted in Virginia

June 21, 2013

Hon. Andrew T. Baxter
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re:   UFP Atlantic Division, LLC v. Route 299 Retail Center, LLC, et al.
      Case No. 1:12-cv-053 MAD/ATB

Dear Judge Baxter:

On behalf of UFP Atlantic Division, LLC ("UFP"), the plaintiff in the above action, I submit this status report in accordance with Your Honor's order dated April 8, 2013.

Pursuant to the Court's Judgment of Foreclosure and Sale, entered March 21, 2013, the public foreclosure sale was conducted by Referee Cloonan on June 5, 2013, following compliance with the statutory notice and publication provisions.  No bidders appeared other than UFP, which bid $1,000,000 for the mortgaged property.  Accordingly, title will be transferred by Referee's Deed to UFP.

Within 90 days of delivery of the Referee's Deed, UFP may move for a deficiency judgment against the defendants.  In addition, defendants Michael and Denise Barnett remain personally liable for any deficiency judgment, and for their alleged breach of the $650,000 note, which is the subject of UFP's fifth cause of action.  UFP presently intends to prosecute these remaining claims against the defendants.

Thank you for your time and consideration.

{00745000}

Page 2
June 21, 2013

                        Respectfully Submitted,

                ISEMAN, CUNNINGHAM, RIESTER & HYDE, LLP

                      Michael W. Deyo (Bar Roll No. 516168)
                      Attorneys for Plaintiff

cc:    via ECF to all counsel

{00745000}